MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN  (CABN 177104)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0390 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S DISPOSITIVE MOTIONS |
| v. | ) ) | |
| NICOLAS PERRET, | ) ) | |
| Defendant. | ) ) | |

     The defendant, NICOLAS PERRET, filed two dispositive motions in this case, one to dismiss the Indictment and one to suppress evidence, on January 15, 2013.  Since then, the parties have been involved in negotiations to settle this case that are contingent in part on the defendant's agreement not to pursue these motions.  In order for the parties to pursue these negotiations to completion, the parties stipulate and ask the Court to order that the briefing and hearing schedule on this motion be continued by two weeks, so that the deadline for opposition will be February 12, 2013, the deadline for reply will be February 19, 2013, and the hearing will

//

1  take place at 2:00pm on Tuesday, March 5, 2013.

3  SO STIPULATED:

4                  MELINDA HAAG
                United States Attorney

6  DATED: January 29, 2013         _____/s/_____
7                  OWEN P. MARTIKAN
                Assistant United States Attorney

10  DATED: January 29, 2013         _____/s/_____
                JUSTIN GOODWIN, ESQ.
11                  Attorney for Nicolas Perret

13  **[PROPOSED]** ORDER

14  Based upon the parties' stipulation and for good cause shown, the Court continues the
15  briefing and hearing schedule on the defendant's motions as follows:

16      Opposition deadline:   February 12, 2013
17      Reply deadline:   February 19, 2013
18      Hearing date:   March 5, 2013

20  DATED: __January 29, 2013.__

                _____
                HON. WILLIAM ALSUP
                Judge William Alsup