1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUZANNE B. MILES (CABN 242048)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: suzanne.miles@usdoj.gov

8  Attorneys for United States of America

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR-12-0390 WHA
                                     )
14 |        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER VACATING CHANGE OF PLEA
15 |    v.                            )   HEARING AND SETTING STATUS
                                     )   HEARING
16 | NICOLAS PERRET,                  )
                                     )   Date: March 19, 2013
17 |        Defendant.                )   Time: 2:00 p.m.
                                     )
18

19      The parties hereby stipulate to vacate the March 19, 2013 change of plea hearing and request
20 that the Court set a status hearing for the same date and time. The parties are in the process of
21
22 negotiating a resolution of this matter but have not yet reached a final agreement ready
23 ///
24 ///
25 ///
26 ///
27
28 ///

STIPULATION AND [PROPOSED] ORDER
CR-12-0390 WHA

1  for submission for the Court's review. The parties anticipate setting a date for change of plea on
2  March 19, 2013.
3
4
5  DATED: March 15, 2013                              Respectfully submitted,
6
                                                     MELINDA HAAG
7                                                    United States Attorney
8                                                          /s/
                                                     _____
                                                     SUZANNE B. MILES
9                                                    Assistant United States Attorney
10
11
12 DATED: March 15, 2013                              Stipulated to by:
13                                                         /s/
                                                     _____
14                                                   PAULA CANNY
                                                     JUSTIN L. GOODWIN
15                                                   Attorney for Nicolas Perret
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR-12-0390 WHA

~~[PROPOSED]~~ ORDER

The Court hereby vacates the March 19, 2013 change of plea hearing and sets a date for a status hearing on March 19, 2013, at 2:00 p.m.

IT IS SO ORDERED.

DATED: March 19, 2013.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
CR-12-0390 WHA